**STATE of Missouri, Respondent,**

v.

**Robert NEIGHBORS, Appellant.**

**Nos. WD 50788, WD 52034.**

Missouri Court of Appeals,
Western District.

Feb. 4, 1997.

Emmett D. Queener, Asst. Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Attorney General, Becky Owenson Kilpatrick, Assistant Attorney General, Jefferson City, for respondent.

Before SMART, P.J., and SPINDEN and ELLIS, JJ.

***ORDER***

PER CURIAM:

Robert Neighbors appeals from his conviction of seven counts of first degree sexual abuse, § 566.100,[1] and the subsequent denial of his Rule 29.15 motion for post-conviction relief. Neighbors was sentenced to two years imprisonment on each count, to be served consecutively, for a total of fourteen years imprisonment.

Judgment affirmed. Rules 30.25(b) and 84.16(b).

1. All statutory references are to RSMo 1991, unless otherwise noted.